**Order filed March 23, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00276-CV
_____

## IN RE DALLAS CITY LIMITS PROPERTY CO., L.P., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-16733-A**

---

# O R D E R

On March 23, 2012, relator, Dallas City Limits Property Co., L.P., filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this Court to order The Honorable R. K. Sandill, Judge of the 127th District Court, Harris County, Texas, to set aside portions of his order dated March 16, 2012, entered in trial court cause number 2010-16733-A, styled *Crady, Jewett & McCulley v. Austin Jockey Club, Ltd. and Dallas City Limits Property Co., L.P.* Relator claims the trial court abused its discretion in ordering the stock of Longhorn Downs, Inc., which is being held in the registry of the court, released to the Texas Racing Commission.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER the March 16, 2012 order of the court below be stayed with respect to those portions that order the stock of Longhorn Downs, Inc., held in the registry of the court to be released to the Texas Racing Commission. Such order is stayed until final decision by this Court of relator's petition for writ of mandamus, or until further orders of this Court.

The real party in interest, Austin Jockey Club, Ltd., is requested to file a response to relator's petition for writ of mandamus on or before April 12, 2012.


PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.